district court of the United States

for the District of Columbia

"Certified" 7000 1670 0008 0656 8536

---
schumaker, brian william ¹·
---

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

---
ortiz, david e[ ]-MANAGER et al ²·
---
   (in personal capacity)   -and-
---
the State of NEW JERSEY
---

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

## COMMON LAW

**Complaint for Violation of Civil Rights**

Case: 1:19-cv-03138 (JURY DEMAND)
Assigned To : Cooper, Christopher R.
Assign. Date : 10/16/2019
Description: Habeas Corpus/2255 (G-DECK)

Jury Trial:     ☒ Yes   ☐ No
                *(check one)*

[to re-examine the facts
pursuant to the preserved
right under AMENDMENT 7
of U.S. Constitution]

---

### NOTICE

This Common Law action, 'at law' is brought by resident citizen(s), in proper person,
of the Dominion of Canada; alien(s) by definition; against a State and one or more
State actor/individual(s), in their personal capacity(ies), who are allegedly acting
under some color of State law to deprive life, liberty, and property secured and pro-
tected by the Constitution, and laws of the United States, inter alia; particularly
under title 18 USC §§241 and 242.

1.  While Common Law natural names are culturally recognized in, "last name,first name
second name" format in this venue, hereinafter the Plaintiff(s) Common Law natural
names will be stated in their home British Commonwealth cultural format of, "First
Name-Second Name:Last Name" format.

2.  "et al" (others) includes unnamed advisors, supervisors, subordinates, and
counsel as "Principals" under title 18 USC §2.



RECEIVED
Mail Room
VOID
OCT - 3 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.   Attach additional pages if needed.

Primary Name Plaintiff: <u>Brian-William:Schumaker (detained subject</u> party)

All other names of interested party Plaintiff(s): by virtue of execution

(2nd Plaintiff's) Mailing Address: _____

_____

_____

(detained party) Address of service: <u>5307 - 151st Street N.W.</u>

and lawful Residence: <u>Edmonton, ALBERTA [near T6H 4Z9]</u>

Dominion of CANADA

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.   Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.   Attach additional pages if needed.

Defendant No. 1

Name                 <u>David E:Ortiz, (in personal capacity)</u>

Job or Title          <u>MANAGER</u>
(if known)

Shield Number        <u>unknown</u>

Employer             <u>[State of   NEW JERSEY ] (not certain)</u>

Address              <u>c/o 5756 Hartford Street</u>

<u>Trenton,          NEW JERSEY [near 08640]</u> .

☒   Individual capacity        ☐   Official capacity

Defendant No. 2

Name                 <u>the State of NEW JERSEY</u>

Job or Title
(if known) _____

Shield Number _____

Employer _____

Address  c/o the State Capitol _____

Trenton NEW JERSEY [near 08625] _____

☐  Individual capacity          ☒  Official capacity

Defendant No. 3

Name  unnamed principals (to be determined)

Job or Title
(if known) _____

Shield Number _____

Employer _____

Address _____

☒  Individual capacity          ☐  Official capacity

Defendant No. 4

Name  not applicable _____

Job or Title
(if known) _____

Shield Number _____

Employer _____

Address _____

☐  Individual capacity          ☐  Official capacity

**II.    Basis for Jurisdiction** - This is an action "at law" brought about due to a

State of the union, and one or more State "actors" depriving Constitutional

guarantees of "an alien", by definition.    It is consonant with the ruling

of the Supreme Court in O'Donoghue v. United States, 289 US 526, that the (then called)
Supreme Court and Court of Appeals for the District of Columbia are constitutional
courts of the United States, ordained and established under article III of the Consti-
tution. Congress enacted that, and changed the name of the Supreme Court of the District
of Columbia to, "district court of the United States".(Act of June 25,1936, 49 Stat.1921)

Section 11-305 of the District of Columbia Code, 1940 ed.., provides that the District of
Columbia shall possess the same powers and exercise the same jurisdiction as the district
courts of the United States, and shall be deemed a court of the United States.

3

A.    Are you bringing suit against *(check all that apply)*:

    ☒    Federal officials (a *Bivens* claim) – strong possibility of federal officials
                                             has been implied and indicated.
    ☒    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

> detained party deprived of life, liberty, and property without due process under, inter alia, title 18 USC §§241 & 242 (Unlawful Detention)

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

> to be "advised of the nature and cause of the accusations" under a known and Constitutional properly enacted statute, by a fiduciary with VALID authority to do so.  A statute's constitutional VALIDITY and its application is called into question, based on undisputed evidence.

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> State of NEW JERSEY, together with its named and unnamed actors, have and continue to, inter alia, Conspire, Aid & Abet, an ongoing criminal commercial enterprise that should be charged title 18 USC, Chapter 96, §1962.

## III. Detainee Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee             not applicable

☐    Civilly committed detainee    not applicable

☐    Immigration detainee       not applicable

☐ Convicted and sentenced state prisoner   not applicable

☐ Convicted and sentenced federal prisoner not applicable

☒ Other *(explain)* <u>detained under no known law o</u>f the State of NEW JERSEY
and confined unlawfully at an undisclosed location near David E. Ortiz,
5756 Hartford Street, Trenton, NEW JERSEY

**IV.    Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

facts are uncertain   -   more discovery required

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

facts are uncertain   -   more discovery required

C.    What date and approximate time did the events giving rise to your claim(s) occur?

facts are uncertain   -   more discovery required

however, current parties have participated since June 26, 2018.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

etained party was <u>abducted and held by UNKNOWN 'actors' who have held themselves</u> out
<u>(misrepresentation) as officers/agents/fiduciary(ies) without pr</u>oviding
<u>any "prudential consideration" toward violations and abnormality</u> objections
to parliamentary and constitutional enactment of certain statutes, applicath
of those statutes, lack of Constitutional 'Standing' requirements, and
bringing "FRAUD upon the [proceedings]", and making false entries in the
record.

5

Other named Plaintiff(s) witnessed proceedings.
_____
_____
_____

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state
what medical treatment, if any, you required and did or did not receive.
INTER ALIA,

- brutally abducted & detained without authority;
- LOSS of liberty & freedom;
- LOSS of business & associated interests including socio-economic benefits;
- LOSS of residence, personal assets, and renewable recurring income stream;
- LOSS of nuclear family ties with wife and children, associated relationships;
- LOSS of health due to 'deliberate indifference" to known chronic care
  illness (severely retaliated against AFTER cause of injury admitted)
  - LOSS of ability to collect receivables, wife and children caused to be
    dependent upon others.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any
cases or statutes.  If requesting money damages, include the amounts of any actual damages
and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Review in a "district court of the United States" (court of law) within
proper Article III Judicially established venue to determine the facts
before a constitutionally protected jury trial on the propriety of the
illusory proceedings taking the proper judicial notice of ALL jurisdictional
elements, correction of all records, and ORDER release of the detained party
Any other relief a jury deems necessary, and appropriate.                    'Plaintiff'.

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

### Notable Point-of-Order

Plaintiff/Petitioner is unable to source any legal requirement
to exhaust Administrative Remedies  -or-  other policy driven
procedural protocol(s) in cases or situations where an
individual has been detained and/or prosecuted WITHOUT any law-
ful authority whatsoever, since ALL decisions thereto are VOID
'ab initio'.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   ☐   Yes

   ☒   No(t) directly, but have been aided

   If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

   _____

   _____

   _____

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

   ☐   Yes

   ☐   No

   ☒   Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

   ☐   Yes

   ☐   No

   ☒   Do not know - have attempted resolution without valid response

   If yes, which claim(s)?

   PROPER Constitutional enactment of statute is called into question
   - Provide the statutory jurisdictional authority of the Judgment
   & Commitment (J&C) issuing U.S. district court.

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

   ☐   Yes·

   ☒   No(t) specifically in this manner

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐    Yes

☒    No (t) in this specific manner

E.    If you did file a grievance:

1.    Where did you file the grievance?

with the named opposing party; HIS immediate supervisor in Philadelphia, and THEIR immediate supervising authority in Washington, DISTRICT OF COLUMBIA

2.    What did you claim in your grievance?

The FAILURE & refusal to provide the requested information -plus- assistance to obtain relief with recommendation to a Common Law court of law to obtain JURY determined resolution: & that such FAILURE demonstrates detention under "NO KNOWN AUTHORITY". (offense under 18 USC §§241 & 242)

3.    What was the result, if any?

Any and all results have netted either rebuff of claims with NO RESPONSE, or "only the courts or congress can decide" BOTH of which either adopt a culture of silence, or completely recharacterize the ACTUAL Claims to procedurally prevent the claims from being given prudential consideration.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Plaintiffs have never proceeded in a Common-Law venue, or "Court of LAW", but have been despotically prejudiced in ONLY Article IV "equity" action/proceeding without ANY answer to 'detained Plaintiff' objections.

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

Plaintiff(s) are unable to source any legal requirement to either file or exhaust Administrative Remedy/Grievance, or other policy driven procedural protocols where an individual has been abducted and detained WITHOUT any lawful authority.

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

attempted informal discussions and was completely disrespected with belligerence and 'deliberate indifference'; or otherwise answered with patently false statements and prevarications.

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

none at this time

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Regarding filing fee: Refer to CAVEAT filed
hereunder.
To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐   Yes

☒   No   28 USC §1915 review provides "no prudential license" for any court to decline to consider whether the statute under which the defendant has been charged lacks constitutional application. This has ALWAYS been the contentions of the Plaintiff(s), yet has NEVER been given consideration.

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

<u>not applicable</u>

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

    ☐    Yes

    ☒    No (t)   (with the named Common Law Plaintiffs)

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

          Plaintiff(s)        <u>not applicable</u>

          Defendant(s)    _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

          <u>not applicable</u>

    3.    Docket or index number

          <u>not applicable</u>

    4.    Name of Judge assigned to your case

          <u>not applicable</u>

    5.    Approximate date of filing lawsuit

          <u>not applicable</u>

    6.    Is the case still pending?

          ☐    Yes

                    not applicable

          ☐    No

          If no, give the approximate date of disposition.  _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ not applicable _____

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐   Yes

☒   No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)    _____ not applicable _____
Defendant(s)  _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____ not applicable _____

_____

3.  Docket or index number

_____ not applicable _____

4.  Name of Judge assigned to your case

_____ not applicable _____

5.  Approximate date of filing lawsuit

_____ not applicable _____

6.  Is the case still pending?

☐   Yes
                        not applicable
☐   No

11

"Certified" 7000 1670 0008 0656 8536

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ not applicable _____

_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 2019.

Signature of Plaintiff _____   All Rights Reserved Without Prejudice

Printed Name of Plaintiff   Brian-William:Schumaker.

· Primary DETAINED PARTY Plaintiff

--- Address   5307 - 151st Street N.W.

Edmonton, ALBERTA   CANADA        [near T6H 4Z9]
City        Province  Country      Postal Code

Signature of Plaintiff _____   All Rights Reserved Without Prejudice

Printed Name of Plaintiff _____

Address   _____

_____

_____

12

U.S. Department of Justice

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Sent 'CERTIFIED' 7000 1670 0008 0656 3432

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: _SCHUMAKER, BRIAN WILLIAM_    _59309-019_    _Unit 5751,319-5L_ _FCI Fort Dix,NJ_
     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** [Reference also 'Attempt at Informal Resolution' attached]
Sadly, yet NOT surprisingly NERO Director J.Ray Ormond through counsel D.Howard FAIL to **provide the STATUTE** authorizing the U.S. district court's 'STANDING' or jurisdiction. It is NOT the court's responsibility to PROVE jurisdiction; **neither** is it that of the 'kidnapped' party to, "present any credible evidence"; although indisputable **conclusive** evidence is possessed. For over 234 years, this question is affirmed to be "..inflexible and without exception.." that, "..the **prosecution** (or DoJ) MUST **ALWAYS** prove [federal] **jurisdiction** over a **crime**.. to sustain a **conviction**..". ANY Jeff Foxworthy contestant knows that guessing what "..appears.." to being challenged demonstrates a deliberate deflection of a direct answer, and DOES NOT excuse the responsibility of this Agency [directly under the DoJ], or its named officers to motion a 'court of law' for resolution to the case cited in the Informal Resolution authorized under 18 USC §3582(c)(1)(A)(i). This is especially true since the FBOP signed and sealed internal Memorandum sent to "All Department Heads" on "July 27,2009 3:17PM" evidences full knowledge of the described deficiency. The named officers, AND their counsel, occupy positions with "power to prevent, or aid in preventing"(28 USC §1343(a)(2)) further injury from occurring. RELIEF SOUGHT: Provide the requested STATUTE, and provide an answer whether the BOP will 'AID' with a Motion to a 'court of law' for resolution.
             All Rights Reserved, WITHOUT PREJUDICE

_March 18, 2019_         , by restricted signature              AGENT
     DATE                                      SIGNATURE OF REQUESTER

**Part B - RESPONSE**

 

 

_____              _____
      DATE                                   GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE             CASE NUMBER: _____

**Part C - RECEIPT**
                                         CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____                                      _____
      DATE                      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002

Administrative Remedy No. 963541-A1
Part B - Response


This is in response to your Central Office Administrative
Remedy Appeal, wherein challenge the legality of your sentence.
For relief, you request information regarding the statute that
authorizes you to be incarcerated.

We have reviewed documentation relevant to your appeal and,
based on the information gathered, concur with the manner in
which the Warden and Regional Director addressed your concerns
at the time of your Request for Administrative Remedy and
subsequent appeal.  You are currently serving 360 month
sentence for Travel to Engage in a Sexual Act with a Minor, Use
of a Computer to Entice a Minor to Engage in Sexual Activity
and Possession of Child Pornography.  Your commitment into
federal custody is based on a valid and verified Judgment in a
Criminal Case (J&C) issued by the United States District Court,
Northern District of Georgia.  The Bureau of Prisons does not
have the authority to review your conviction and cannot make
changes to the sentence imposed unless an amended J&C Order is
received from the appropriate court.  Any concerns or questions
regarding your conviction must be addressed with the
appropriate sentencing court.

Accordingly, this response is for informational purposes only.



s\10\19
_____
Date

_____
Ian Connors, Administrator
National Inmate Appeals



RECEIVED
Mail Room

VOID

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

<u>CAVEAT</u>   (3-pages)

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

SPECIFIC Notice to ALL UNITED STATES Courts, Federal and State

COMES NOW,    <u>Brian-William:Schumaker</u>    , a natural private Citizen, and
sentient being upon the soil as protected by §1 of the 14th Amendment to the
Constitution of the United States for the united States of America, who is
making a,   "Special (Restrictive) Appearance" with my private tribunal to
judge any and all matters concerning this Beneficiary of a "Cestui Que Vie"
Trust well established ( BRIAN WILLIAM SCHUMAKER) who has claimed ALL Rights,
title and interest in this Trust/case as a natural private Citizen of the,
Dominion of CANADA    (or Republic).

I,   Brian-William:Schumaker , am NOT a U.S. citizen,   a   UNITED   STATES
citizen, nor in any other manner do I "cite-I-Zen".   I am NOT aware of the
existence of any judicial branch of any level of a true Republican government,
neither is any available to me.   Therefore, no "judicial jurisdiction" is
obtainable over me!

I am also under NO verifiable contract in Commerce, and therefore am   NOT an
Enemy of the "State" under ANY fictional artiface or corporate charter
regulation and NO "Corporate jurisdiction" is obtainable over me to condemn me
to a category of an "Enemy of the 'State'".  My Constitution is the Holy Writ,
and "Maxims of Law".  I claim only one "Color", that being the color of White
in the form of a "Flag of Truce", making known to ALL that I have no
controversy with any.  I have no "license" to operate contrary to true and
natural law.  I have no permit to temporarily suspend either true or natural
law.  Therefore, no Admiralty jurisdiction is obtainable over me!

Let it be noticed that there has been no record or evidence that any social
compact, fees, court costs, penalties, or any other financial medium required
to be paid, or forfeited to any court or policy agency without the UNITED
STATES, and / or within any State of this union of States.

Let it also be noticed that ALL UNITED STATES courts, concerning the matters
of the aforementioned Private Citizen's Trust Account ( BRIAN WILLIAM SCHUMAKER)
by your actions, admit to guilt by way of tort, and the breaching of contracts
...

"Certified" 7000 1670 0008 0656 8536

1

CAVEAT cont'd...

against    Brian-William:Schumaker   , under fictional falsity (BRIAN WILLIAM SCHMAKER) a cloak to disguise a collateral undertaking, and malicious vexation under a "colorable" legal process to our pain and injurious detriment.

The Supreme Court of the UNITED STATES has ruled that, a natural individual.is entitled to relief is "entitled to free access.. to its judicial tribunals and and public offices in every State in the union" (2 Black 620; see also Crandall v. Nevada, 6 Wall.35).   Plaintiff cannot be charged fees and costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing rule was originally implemented for fictions and subjects of government, and should not be applied to this plaintiff being, a Private Citizen, natural sentient individual entitled to relief. See Hale v. Henkel, 201 US 43.

"The Fee is the statutory creature moving within the fictional falsity as it is presumed to be standing as the amortized obligation"; Ryan v. Motor Credit Company, 130 J.J.Eq.531, 23 A.2d 607,621.

This is the Fiction of Law, wherein the fictional falsities are perfected by devious means.   (Ballentine's Law Dictionary)... Fiction- Something is presumed to be true, which is false. The alleged determination of "commitment cost" of $5 or $450 and/or any amount due for the court costs, fees, or penalties requires execution as a "cloak to disguise a collateral undertaking" in U.S. funds and is "a malicious vexation by legal process" under the disguise/pretense of a "lawful" government to enforce the unwritten Master-slave relationship.

I am in my True Character, a private Citizen and natural man upon the soil, maintaining only as a Private man can, the..  .... right to soil.  I am not a reflection, image, fiction, artiface, or other "artificial person", "CORPORATION" with some other "ALIAS" or other INcorporeal appellation for purpose of contracting in the realm of commerce in a lawful and upright manner.   I am invoking ALL Common Law rights reservations in demanding ALL alleged officials of the UNITED STATES "Oath of Office" under  title 5 USC §3331 be recorded in the offical public record of all matters pertaining hereunder, AND (under Title 31 USC §5118) both the standard of actual money and CONSENT TO SUE you, for contempt due to ANY entry of a "dollar" amount in ANY court case(s)!

2

CAVEAT cont'd...

Let it be noticed that if what I have before this court is fraudulent, deceptive, or false, it is your fiduciary duty to charge me with a crime; BUT if what I say is true, then submit to the Oath and contract(s) you have sworn to uphold for "the people" under the Constitution(s) and unrepealed Acts of the Congress as provided in the Administrative Procedures Act.

The Supremacy Clause of the united States Constitution @ Article VI, declares that, all laws made pursuant to the Constitution, and all Treaties made under the authority of the United States shall be the supreme law of the land and shall enjoy legal superiority over any conflicting provision of a state Constitution of laws [thereof]. That provison in the 14th Amendment which prohibits a State from denying to any (private) Citizen within its jurisdiction the equal protection of the law. This clause requires that Citizens under like circumstances be given equal protection in the enjoyment of personal rights and the prevention and redress of a wrong. The provision at Article VI §2 The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

WHEREAS, the facts and the law contained in the documentation accompanying this CAVEAT are before this court; and WHERAS, that facts and law contained herein are Truth; and WHEREAS, We hold these Truths to be self evident; and WHEREAS, self evident Truths are undisputed and uncontrovertible, for no words can alter or overcome these Truths; and WHEREAS, Truth is Sovereign which comes from our Almighty Creator and bears HIS message, "and you shall know the TRUTH, and the TRUTH shall set you Free"; THEREFORE, this court must perform its duty under the Rule and Order of Law, do Justice, "Rectum Rogare", for Justice delayed is Justice.. Denied".

FOR ALL WHO HAVE EYES TO SEE AND EARS TO HEAR.. Govern yourselves accordingly.

All Rights Reserved, Without Prejudice

Dated this _30th_ day of _Sept._ 2019.

By, " _Brian-William:Schumaker_ _ _ _ "
Natural Private Citizen

_BRIAN WILLIAM SCHUMAKER_ _ _ _ _
Cestui Que Vie Trust
_ _ _ _ _ _ _ _ _ , _ _ _ Grantee/
Brian-William:Schumaker Trustee

"Certified" 7000 1670 0008 0656 8536

3

district court of the United States
for the District of Columbia

Regarding: schumaker, brian william,        )
                a detained party.        )
                                      )
===================        )
               In the matter of:  )  Docket No. _____
schumaker, brian william,        )
                                      )
             Plaintiff ,        )
     -v-        )  PETITION FOR HABEAS CORPUS
ortiz, david e[]., et al.,        )      AD TESTIFICANDUM
the State of NEW JERSEY,        )  Pursuant to 28 USC §2241
           Defendants.        )  Invoking title 28 USC §2243

"Certified" 7000 1670 0008 0656 8536

The Petition for Habeas Corpus **ad testificandum** of the Plaintiffs in the above captioned matter shows that:

1. The following witness is a detained party:

Name:    schumaker, brian william
Gender:  male
Date of Birth: 18 March 1957
ID. no:  unassociated identification

2. The detained party,  schumaker, brian william,  is currently detained by:
Name:    ortiz, david e.[],
dba title: (allegedly) MANAGER
Address: at or near,  5756 Hartford Street, Trenton, NEW JERSEY [near 08640]

3. The custodian,  ortiz, david e[], at the address first mentioned above is a State resident/employee within the State of NEW JERSEY who knows the exact whereabouts of the Plaintiff, schumaker, brian william.

4. The Plaintiff,  schumaker, brian william,  is an essential witness in the case of,    schumaker, brian william                             -v-
               ortiz, david e[] and the State of NEW JERSEY

as will be shown at the hearing on this Petition.

5. Whereas the Plaintiffs have filed with this petition a "COMMON LAW Complaint for Violation of Civil Rights".

6. And whereas Writ of Habeas Corpus are available under the Common Law to provide timely relief in courts of law against wrongful and harmful confinement.

7. Therefore, petitioner/Plaintiffs seek timely relief to determine the lawful nature of the confinement / alleged detention by the Defendants.

8. In accordance with title 28 USC §2243, regarding Issuance of writ; return; hearing; decision, to wit,

> "A court, justice, or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause [by way of response to the Complaint] why the writ should not be granted".

> "The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days is allowed."

> "When the writ or order is returned a day shall be set for hearing, not more than five days after the return".

> "The court shall summarily hear and determine the facts, and dispose of the matter as law and justice require."

9. A writ of habeas corpus ad testificandum is necessary, directing,

ortiz, david e[]   to deliver. custody of,   schumaker, brian william   to the United States Marshal to bring,   schumaker, brian william to,

> 333 Constitution Avenue N.W., Room 1225
> Washington, DISTRICT OF COLUMBIA [near 20001]

or some convenient location so that the Marshal may produce,   schumaker, brian william for testimony at the trial in the case of,

> schumaker, brian william                           -v-
> ortiz, david e[ ], et al., and the State of NEW JERSEY,

which shall be scheduled to commence on the ____ day of _____ ,201 , or no later than five (5) days after the return of the order to show cause to the Complaint.

2

10. The writ of habeas corpus **ad testificandum** should also instruct the Marshal to maintain custody of the witness, schumaker, brian william after completion of his testimony in this matter, and until the jury has rendered its verdict, and the court has issued its ORDER in the decision of the matter before the court.

### Relief

For the reasons above, the Plaintiffs/petitioners humbly request that,

A.    This court issue an ORDER directing the respondent, ortiz, david e[ ] to show cause by way of Response to the accompanying Complaint, as to why the writ should not be granted; and that the Order to show cause be returned within three days, not exceeding twenty days;

B.    Upon return of the Order, a day be set for hearing of not more than five days, when the court shall summarily hear and determine the facts and dispose of the matter as law and justice require;

C.    This court issue the writ of habeas corpus **ad testificandum**;

D.    The writ direct, ortiz, david e[] to deliver custody of, schumaker, brian william to the United States Marshal;

E.    The writ direct the United States Marshal to transport, schumaker, brian william to, 333 Constitution Avenue N.W., Room 1225 Washington, DISTRICT OF COLUMBIA [near 20001], or some convenient location and produce schumaker, brian william for testimony at trial in the case, schumaker, brian william

-v- ortiz, david e[], et al., and the State of NEW JERSEY in time for the trial which is scheduled to commence no more than five days after return of the Order to show cause, or on the _____ day of _____,201 ;

F.    The writ direct the United States Marshal to maintain custody of the witness, schumaker, brian william after completion of his testimony in this matter, and until the jury has rendered its verdict, and the court

...

... has issued its ORDER in the decision of the matter as <u>law and justice require</u>.

Dated this _30th_ day of _Sept_ , 2019.

by: _____,   All Rights Reserved
                                 Without Prejudice

schumaker, brian william, Petitioner / Plaintiff

 

 

\*\*\*   Filed under the Rule of Necessity as the captors refuse to provide timely affordable notarial  service for the verification and filing official court documents \*\*\*

The undersigned hereby bear witness that the above signed,

schumaker, brian william            Petitioner / Plaintiff has stated under

penalty of perjury according to the course of Common Law, and in good faith, that every statement contained in the petition is true, correct, and not intended to mislead to the best of his personal knowledge and belief;

and that the undersigned bear witness that the same Petitioner / Plaintiff did affix his authorization of his own free will, and in front of each of the undersigned witnesses. This confers no other authority or jurisdiction either expressed or implied.

_Edward L. M Jarm_ , witness

_____ , witness

_Obde Helman_ , witness

"Certified" 7000 1670 0008 0656 8536

4

## Declaration & Certificate of Service

I,  Brian-William:Schumaker    , do hereby declare under penalty of perjury according to the course of Common Law, that the foregoing statements, information, exhibits, and attestations are true, correct, made in good faith, and are not intended to mislead, cause unnecessary delay, or increase the cost of litigation; and certify that a true and correct copy of the enclosed:

COMMON LAW COMPLAINT

FOR VIOLATION OF CIVIL RIGHTS

together with

Central Office Admin. Remedy Appeal/Response

3-page SPECIFIC NOTICE CAVEAT -and-

PETITION FOR HABEAS CORPUS AD TESTIFICANDUM

was placed into the institutional U.S. Postal Service mail system with proper postage prepaid for 3-day delivery, either by "Certified" or First Class Mail service as indicated, and sent to,

        Clerk of Court,
        district court of the United States
        for the District of Columbia
        333 Constitution Avenue N.W., Room 1225
        Washington, DISTRICT OF COLUMBIA
        [near 20001]

via "Certified" 7000 1670 0008 0656 8536

on this _30ᵗʰ_ day of _Sept,_    2019.

All Rights Reserved, Without Prejudice

_____ , Plaintiff
Brian-William:Schumaker
by restricted signature

c.c.  Canadian Minister of Justice, Ottawa CANADA

        Certain Media and Advisory Counsel

22

D Joyce Frohlich
Chivers Law - Attorney
5307 - 151 St Street N.W.
Edmonton, AB T6H 4Z9
Canada



CERTIFIED MAIL

7000 1670 0008 9750 8536

District Court Of The U S
for the Dist Of Columbia
333 Constitution AVE NW
Room 1225
Washington, DC 20001
United States



15102

UNITED STATES
POSTAL SERVICE

1000

20001

U.S. POSTAGE PAID
FCM LG ENV
BETHEL PARK, PA
15102
SEP 30, 19
AMOUNT
$0.00
R2304H109331-20